**2001–0201.  State ex rel. Hubbard v. Indus. Comm.**
In Mandamus. On request for oral argument. Request denied.
RESNICK and F.E. SWEENEY, JJ., dissent.

**2001–1132.  New Par v. Pub. Util. Comm.**
Public Utilities Commission, No. 93–1758–RC–CSS. On motion to suspend order of the Public Utilities Commission and motion for stay of further proceedings based on the order pending appeal. Motions denied.
RESNICK, J., not participating.

**2001–1158.  Cincinnati SMSA LP v. Pub. Util. Comm.**
Public Utilities Commission, No. 93–1758–RC–CSS. On motion to suspend Public Utilities Commission order and to stay further proceedings pending appeal. Motion denied.
RESNICK, J., not participating.

**2001–1417.  Valentine v. Willard & Assoc. Title Search.**
Fairfield App. No. 01CA15. On motion for substitution of Wanda R. Valentine, executor of the estate of Gerald R. Valentine, as appellant. Motion granted.

**2001–1683.  State ex rel. Keesee v. OEC Corp.**
Franklin App. No. 00AP–1290. On motion to strike appellant's merit brief for failure to provide service. Motion denied and leave granted to provide service.

**2002–0351.  State v. Comer.**
Lucas App. No. L–99–1296, 2002-Ohio-233. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Decision and Judgment Entry dated February 21, 2002, at 4:
"When a trial court sentences an individual to non-minimum, consecutive or maximum sentences, must the trial court make the requisite findings from the bench at the sentencing hearing or is it sufficient to make the findings for the first time in the sentencing entry?"
F.E. SWEENEY, J., dissents.
RESNICK, J., not participating.
The conflict case is *State v. Williams* (2000), 136 Ohio App.3d 570, 737 N.E.2d 139.
Sua sponte, cause consolidated with 2002–0422, *State v. Comer*, Lucas App. No. L–99–1296, 2002-Ohio-233.

**2002–0625.  State v. Dunn.**
Montgomery App. No. 16904. On motion for leave to file delayed appeal. Motion denied.

**2002–0648.  State v. Beddow.**
Montgomery App. No. 18957, 2002-Ohio-910. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–0655.  Toledo v. Diefenbaugh.**
Lucas App. No. L–01–1327, 2002-Ohio-1182. On motion for stay of court of appeals' judgment. Motion denied.
RESNICK, J., not participating.

**2002–0662.  State v. Reddish.**
Montgomery App. No. 17323. On motion for leave to file delayed appeal. Motion denied.

**2002–0674.  State v. Moss.**
Franklin App. No. 00AP–574. On motion for leave to file delayed appeal. Motion denied.

**2002–0680.  State v. Jefferson.**
Summit App. No. 20407. On motion for leave to file delayed appeal. Motion denied.

**2002–0692.  State v. Rotarius.**
Cuyahoga App. No. 78766, 2002-Ohio-666. On motion for leave to file delayed appeal. Motion granted.
RESNICK and F.E. SWEENEY, JJ., dissent.